**Johnson's Motion for Government Agents to Retain Rough Notes, Document #862, and joined by Defendants Porter, Cross, Dinkins, Vance, and Dmitri Johnson is GRANTED.**

*/s/ Thomas A. Wiseman Jr.*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | Case No. 3:11-00012 |
| ) | Senior Judge Wiseman |
| **JOHNATHAN JOHNSON.** ) | |

### MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES

Comes now the Defendant, Jonathan Johnson, by and through undersigned counsel, and moves this Court for an Order requiring all government law enforcement officers and informants, if any, who investigated the charges in this case, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records.

This motion is based on the current indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of this motion.

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell, # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 7th day of May, 2012, to all those who would normally be served in this case including Sunny A.M. Koshy, of the United States Attorneys Office.

/s/ Barry R. Tidwell