IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-cr-00012 |
| ROBERT PORTER, et al. | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Document #851, Defendant Alto Parnell's Motion in Limine #1, Co-defendants' Statements/Confessions, and joined by Xavier Parnell, Dmitri Johnson, Porter, Cross, Dinkins, and Vance alleging the possibility of a *Bruton v. United States* problem is **DENIED**, but it may be re-asserted at trial if the situation arises.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge