IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 3:11-cr-00012 |
| v. | ) ) | . |
| ROBERT PORTER, et al. | ) ) | |
| Defendants. | ) ) | |

## **O R D E R**

Document #856, Defendant Alto Parnell's Motion for Pretrial Disclosure of Material Witnesses and joined by Xavier Parnell, Porter, Cross, and Vance is **DENIED**. The showings of necessity in this case are inadequate.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge