IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cr-00012 |
| v. | ) | |
| | ) | |
| ROBERT PORTER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Document #941, Motion in Limine #2 by Quinice Cross and joined by Xavier Parnell, Dmitri Johnson, Porter, Dinkins, and Vance is **DENIED.** The expertise of Government witnesses will be subject to voir dire examination at trial.

It is so **ORDERED.**

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge