UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE  DIVISION

UNITED STATES OF AMERICA     )
                                  )   **No. 3:11-00012-1**
**v.**                             )   **Judge Sharp**
                                  )
**ROBERT PORTER**                 )
                                  )

## O R D E R

Pending before the Court is the Government's Motion to Continue the Sentencing

Hearing (Docket No. 1693) to which the defendant does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for August 5, 2013,  is

hereby rescheduled for Monday, September 9, 2013, at 9:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE