IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No.3-11-cr-00012-1 |
| | ) |
| ROBERT PORTER, | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Robert Porter, by and through counsel, Jim Todd, and hereby requests this Honorable Court to reschedule the Defendant's sentencing which is currently scheduled for October 3, 2013.

For cause, counsel for the Defendant would submit that he has a conflict with the October 3, 2013 scheduled sentencing hearing. Counsel for the Defendant has been in contact with the Court and the Assistant United States Attorney and a new sentencing date of October 1, 2013 at 1:30 p.m. has been chosen. Therefore, the Defendant respectfully requests that the sentencing hearing be rescheduled to October 1, 2013 at 1:30 p.m.

Respectfully submitted,

/s/ Jim Todd_____
Jim Todd #16320
218 Third Avenue North
Suite 200
Nashville, Tennessee 37201
Phone: (615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been transmitted via the Court's electronic filing system to the Honorable Assistant United States Attorney, Sunny Koshy, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203, on this the 10th day of September, 2013.

/s/ Jim Todd_____
Jim Todd