# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

(list each defendant appearing at hearing)

)
) Case No.: [_____]
)
) Judge: [_____]
)
) Hearing Date: [_____]
)
) **Location:** ○ Nashville  ○ Columbia  ○ Cookeville
)
) Court Reporter: [_____]
)
) Court Interpreter: [_____]
)

## CRIMINAL MINUTES

Government Attorney(s): [_____]

Defense Attorney(s): [_____]

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. [_____]
2. [_____]
3. [_____]
4. [_____]
5. [_____]
6. [_____]
Alt 1. [_____]

7. [_____]
8. [_____]
9. [_____]
10. [_____]
11. [_____]
12. [_____]
Alt 2. [_____]

COMMENTS:

[_____]

Total Time in Court: [_____]

KEITH THROCKMORTON, Clerk

by: [_____]